UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEVIN PELLETIER,

        Plaintiff,

-vs-                                                 Case No. 2:09-cv-713-FtM-99SPC

D & J ARCHITECTURAL PRECAST, INC., a
Florida corporation; DENNIS DIDONNA,
individually,

        Defendants.
_____

**ORDER**

        This matter comes before the Court on the Plaintiff's Motion for Enlargement of Time to Extend Settlement Conference Deadline and Deadline to File Case Management Report (Doc. #19) filed on February 8, 2010. District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

        The parties seek additional time to meet in person for the settlement conference and to complete the case management report. Counsel cites the press of other matters as grounds for the request. Having found good cause, the Court will grant the motion.

        Accordingly, it is now

        **ORDERED:**

        The Plaintiffs Motion for Enlargement of Time to Extend Settlement Conference Deadline and Deadline to File Case Management Report (Doc. #19) is **GRANTED**. The settlement

conference deadline is extended to **MARCH 9, 2010**, and the deadline to submit the case management report is extended to **MARCH 23, 2010.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of February, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record